THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Shaun Curry, Appellant.
 
 
 

Appeal From Aiken County
 Doyet A. Early, III, Circuit Court Judge
Unpublished Opinion No.  2007-UP-484
Submitted October 1, 2007  Filed October
 12, 2007
APPEAL DISMISSED 

 
 
 
 Appellate Defender Aileen P. Clare, South Carolina Commission of
 Indigent Defense, of Columbia, for Appellant.
 John Benjamin Aplin, South Carolina Department of Probation Parole
 & Pardon, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Shaun
 Curry appeals the revocation of his probation.  Curry had been previously
 sentenced for shoplifting and received a sentence of three years, suspended on
 two years probation.  Currys probation violations were failure to report to
 his probation agent and failure to pay fees and fines.  Curry argues the court
 should have considered Currys failure to report to his probation agent was due
 to circumstances beyond his control.  Curry did not file a pro se brief.  After a thorough review of the record and counsels brief pursuant to Anders
 v. California, 386 U.S. 738 (1969), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels motion to
 be relieved.[1]
APPEAL
 DISMISSED.         
HEARN, C.J., HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCRACR.